UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL MORENO JONES, BOOKING #24736966,<br><br>        Plaintiff,<br><br>vs.<br><br>SAN DIEGO SHERIFF'S DEPARTMENT,<br><br>        Defendant. | Case No.: 25cv1892-BTM (MSB)<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE TO PROCEED IN SO.DIST.CA. CIVIL CASE NO. 25cv0779 AND DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT** |

  Plaintiff Terrell Moreno Jones, proceeding pro se and detained at the George Bailey Detention Facility in Santee, California, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983 along with a motion to proceed in forma pauperis ("IFP"). (ECF Nos. 1-2.) Plaintiff alleges that the conditions of confinement at George Bailey, including the failure of Defendant San Diego Sheriff's Department to segregate violently mentally ill inmates from other inmates, has led to his being assaulted on May 16, 2025, for the second time by a mentally unstable inmate. (ECF No. 1 at 3.) Plaintiff is currently proceeding with a civil rights action in this Court against the same defendant challenging the same conditions of

1  confinement at George Bailey which he alleges led to his initial assault by a mentally
2  unstable inmate on December 8, 2024. *See Jones v. San Diego Sheriff's Department*,
3  Compl. filed 3/25/25 [ECF No. 1 at 3] in So.Dist.Ca. Civil Case No. 25cv0779-BAS
4  (KSC). On August 5, 2025, the Court granted Plaintiff leave to proceed IFP in that case
5  and dismissed the Complaint with leave to amend on or before October 6, 2025, after
6  notifying him of the defects of pleading. *See id.*, Order filed 8/5/25 [ECF No. 5]. The
7  Complaint was dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)
8  and § 1915A(b) because the only named defendant, the San Diego Sheriff's Department,
9  is not a proper defendant in a 42 U.S.C. § 1983 action, and Plaintiff was instructed on how
10 to cure that pleading defect. *Id*. at 6-8. The instant action suffers from the same pleading
11 defect, in that the only named defendant in this case is the San Diego Sheriff's Department,
12 a pleading defect which Plaintiff has been notified of and instructed on how to cure in his
13 first-filed case. *Id*.

14      Because the claims in this action are supplemental to the claims in that first-filed
15 case within the meaning of Fed.R.Civ.P. 15(d), the Court dismisses this action without
16 prejudice to Plaintiff to proceed with his claims in So.Dist.Ca. Civil Case No. 25cv0779-
17 BAS (KSC). *See* Fed.R.Civ.P. 15(d) (defining "a supplemental pleading [as] setting out
18 any transaction, occurrence, or event that happened after the date of the pleading to be
19 supplemented."); *Keith v. Volpe*, 858 F.2d 467, 474 (9th Cir. 1988) (for purposes of Rule
20 15(d), a new claim can be added if there is "some relationship" between the new claim and
21 the "subject of the original action."); *see also id.* at 473 (the use of supplemental pleadings
22 is "favored" where it increases judicial economy by enabling a court to award complete
23 relief in one action "to avoid the cost, delay and waste of separate actions which must be
24 separately tried and prosecuted" and "ought to be allowed as of course."); *Adams v. Cal.*
25 *Dep't of Health Servs.*, 487 F.3d 684, 689 (9th Cir. 2007) ("[I]n assessing whether the
26 second action is duplicative of the first, we examine whether the causes of action and relief
27 sought, as well as the parties or privies to the action, are the same."), *overruled on other*
28 *grounds by Taylor v. Sturgell*, 553 U.S. 880, 904 (2008).

**Conclusion and Order**

The Court **DISMISSES** the Complaint without prejudice to Plaintiff to pursue the claims herein in So.Dist.Ca. Civil Case No. 25cv0779-BAS (KSC).  The Motion to proceed IFP is **DENIED** as moot.  The Clerk of Court shall close the case and enter judgment accordingly.

**IT IS SO ORDERED**.

Dated:  August 11, 2025

Hon. Barry Ted Moskowitz
United States District Judge